UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MATIYA J. FONTAINE,

                Plaintiff,                             **ORDER**
                                                    **21 CV 2375 (LDH) (LB)**
  -against-

LA CABANA APARTMENTS, LLC, EMPIRE
STATE MANAGEMENT CO., LLC, EPHRAIM
FRUCHTHANDLER, and MATIS TYBERG,

                Defendants.
------------------------------------------------------------------X
**BLOOM, United States Magistrate Judge:**

      The Court held a status conference in plaintiff's housing discrimination case on November 17, 2021. Plaintiff stated that she had filed a request to withdraw the case without prejudice yesterday. Plaintiff confirmed on the record that it was her intention to withdraw the case without prejudice.

SO ORDERED.

                                                                  /S/
                                                   LOIS BLOOM
                                                   United States Magistrate Judge

Dated: November 17, 2021
        Brooklyn, New York