417 Lorimer Street
Apt #3A
Brooklyn, NY 11206-1085



November 16, 2021

District Court Judge
Judge LaShann DeArcy Hall
c/o U.S. District Court, EDNY
225 Cadman Plaza East
Brooklyn, NY 11201



RE: Fontaine v. La Cabana Apartments – 1:21-cv-02375-1-LDH*LB

District Court Judge

Judge LaShann DeArcy Hall

c/o U.S. District Court, EDNY
225 Cadman Plaza East
Brooklyn, NY 11201


Dear Judge DeArcy Hall:

Per my prior communications, I humbly ask that you please dismiss my case; without prejudice.

Respectfully submitted for your favorable consideration,


"/s/ [Matiya J Fontaine]."

FontaineMJ_LaCabana@Yahoo.Com

646.229.2086